# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMA NORTH AMERICA, INC., <br><br> Plaintiff, <br> vs. <br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | CASE NO. 11cv1282-WQH-DHB <br><br> ORDER |

HAYES, Judge:

On June 21, 2013, the Court held a pretrial conference in this case.

IT IS HEREBY ORDERED:

1. A jury trial in this matter is set for **November 13, 2013 at 9:00 A.M.** in Courtroom 14B. At trial, each side shall have a total of twelve (12) hours to present its case.

2. The briefing schedule for the parties' motions in limine and/or *Daubert* motions is as follows: the parties shall file their moving papers on or before **September 13, 2013**, file any oppositions on or before **September 27, 2013**, and file any replies on or before **October 4, 2013**. The Court will hear oral argument on the motions in limine and/or *Daubert* motions on **October 11, 2013 at 9:30 A.M.** in Courtroom 14B.

3. The parties shall file their jury instructions as follows:

   a. On or before **September 6, 2013**, the parties shall serve their

proposed jury instructions on each other. The parties shall then meet, confer, and jointly file a complete set of agreed-upon instructions before **September 13, 2013**.

  b. If the parties cannot agree upon one complete set of instructions, they are required to file, on or before **September 13, 2013**, a set of the agreed-upon instructions, and a supplemental set of instructions which are not agreed upon.

  c. The agreed-upon instructions and any supplemental instructions not agreed upon shall state the number of the proposed instruction, the instruction itself, and any authority supporting the instruction. If any instructions are pattern instructions, the instruction shall cite the source of the instruction.

  d. The parties shall clearly indicate any modifications of instructions from statutory authority, Ninth Circuit pattern instructions, or CACI pattern instructions and include any authority supporting the modification.

  e. In the event that the parties file a supplemental set of instructions not agreed upon, the party opposing the not-agreed-upon instructions shall file its objections to the instructions in writing on or before **September 27, 2013**. Any objection shall contain a concise statement of argument concerning the objection, including citations to authority.

  f. On or before **September 13, 2013**, the parties shall email the agreed-upon instructions and any supplemental instructions not agreed upon in WordPerfect or Word format to efile_hayes@casd.uscourts.gov.

  g. At the motion-in-limine hearing on **October 11, 2013**, counsel shall be prepared to discuss the instructions.

4. The parties shall jointly file a proposed verdict form on or before **September 13, 2013**. If the parties cannot agree on a joint proposed verdict form, each party shall file a separate verdict form along with written objections to the other party's

proposed verdict form on or before **September 13, 2013**.

5. The parties shall file proposed voir dire questions on or before **September 13, 2013**.

6. The parties shall file and serve trial briefs on or before **September 13, 2013**. The trial briefs shall summarize the parties' theories of the case, the applicable standards of law, and what they expect the evidence to show.

7. The parties shall file a joint statement of the case on or before **September 13, 2013**. The statement should be brief and concise, as the Court will read it to the jury at the outset of the trial.

8. The parties shall notify the law clerk at least **seven (7) days** prior to the date of any hearing or trial if they intend to use any special equipment, such as video projectors, slide projectors, or tape recorders. The parties shall prepare and e-mail to the Court a proposed order listing all such equipment and the dates that such equipment will be brought into the Courtroom. On the day of the hearing/trial, the parties must present to Court security a copy of the signed order allowing extra equipment. Without a copy of the signed order, counsel will not be allowed to enter the Court with the equipment.

9. On or before **November 6, 2013**, the parties shall provide the Court with a copy of each exhibit in a binder with tabs. The parties shall maintain the original exhibits. On the first day of trial, each party shall provide the courtroom deputy with two copies of its witness and exhibit lists in the form specified in Civil Local Rule 16.1(f)(2)(c) and (d).

DATED: June 24, 2013

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge