FILED
NOV 2 2 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMA NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | CASE NO. 11cv1282 WQH (DHB) <br><br> **VERDICT** |

We, the jury in the above-entitled action, unanimously find as follows:

1. Is LMA entitled to prevail on its claim for breach of contract?

   Yes __X__   No _____

   *If you answered No, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered Yes, answer question 2.*

2. Was LMA harmed by the breach of contract?

   Yes __X__   No _____

   *If you answered No, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered Yes, answer questions 3 and 4.*

3. What, if any, are LMA's economic damages? (FILL IN AMOUNT IN BOTH NUMBERS AND WORDS)

$ **3,750,000**

Words: **THREE MILLION SEVEN HUNDRED FIFTY THOUSAND**

4. Did National Union unreasonably or without proper cause fail to pay benefits under the insurance policy?

Yes **X**   No _____

*If you answered No, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered Yes, answer question 5.*

5. Was the failure by National Union to pay policy benefits to LMA a substantial factor in causing LMA harm?

Yes **X**   No _____

*If you answered No, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered Yes, answer question 6.*

6. Is there clear and convincing evidence that National Union engaged in conduct with malice or oppression and any one of the following applies:

    a. the conduct was committed by a managing agent of National Union who acted on behalf of National Union?

    Yes _____   No **X**

    b. the conduct was authorized by a managing agent of National Union?

    Yes _____   No **X**

    c. the conduct was known by a managing agent of National Union and adopted or approved after it occurred?

    Yes _____   No **X**

*Have the presiding juror sign and date this form on the following page.*

**SIGN AND DATE THIS VERDICT FORM:**

Signed: _____
Presiding Juror

Dated: _NOV. 22_____, 2013

*When signed, notify the bailiff that you are ready to present your verdict in the courtroom.*