FILED
APR 07 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

TELEFLEX MEDICAL INCORPORATED,

Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Defendant.

Case No. 11CV1282 WQH (DHB)

**FINAL JUDGMENT**

Pursuant to the verdict rendered in this action and the Court's Order entered on March 28, 2014, IT IS ORDERED that judgment is entered on behalf of the Plaintiff, Teleflex Medical Incorporated, and against the Defendant, National Union Fire Insurance Company of Pittsburgh, PA, for the sum of $3,750,000, together with fees and costs of $1,216,580.99, and prejudgment interest of $1,113,987.44, for a total of $6,080,568.43. This amount shall bear interest from the date of this judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, which interest will be computed daily to the date of payment and will be compounded annually, pursuant to 28 U.S.C. § 1961 until the judgment is paid. The Court will retain jurisdiction for the purpose of considering any future request for fees and/or costs pursuant to *Brandt v. Superior Court*, 37 Cal. 3d 813, 817 (1985).

**DONE AND ORDERED** in Chambers at San Diego, California,

DATED: 4/7/14

[signature]

Honorable William Hayes
United States District Court Judge